Certificate Number: 05781-VAE-DE-041283764

Bankruptcy Case Number: 26-50745



05781-VAE-DE-041283764

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 3, 2026, at 6:54 o'clock PM PDT, Gale Walker completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Eastern District of Virginia.

Date:   August 3, 2026                          By:      /s/Allison M Geving

Name:  Allison M Geving

Title:   President