Certificate Number: 05781-VAE-DE-041293746

Bankruptcy Case Number: 26-11823



05781-VAE-DE-041293746

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 5, 2026, at 11:08 o'clock PM PDT, Ali Ahmad completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Eastern District of Virginia.

Date:   August 5, 2026                By:      /s/Allison M Geving

                                      Name:   Allison M Geving

                                      Title:   President