

U.S. BANKRUPTCY COURT
NORFOLK DIVISION

2026 AUG -3 AM 10: 35

FILED

Certificate Number: 05781-VAE-DE-041269661

Bankruptcy Case Number: 26-71990



05781-VAE-DE-041269661

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 30, 2026</u>, at <u>6:46</u> o'clock <u>PM PDT</u>, <u>Sabrina Trail</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Virginia</u>.

Date:  <u>July 30, 2026</u>             By:    <u>/s/Allison M Geving</u>

Name:  <u>Allison M Geving</u>

Title:  <u>President</u>